AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

CT 1: 18 USC 1349 CONSPIRACY TO COMMIT WIRE FRAUD
CT 2: 18 USC 1956(h) CONSPIRACY TO ENGAGE IN MONETARY TRANSACTIONS WITH WIRE FRAUD PROCEEDS

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 18 USC 1349: 0-20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment
18 USC section 1956(h): 0-10 years imprisonment, fine of $250,000 or twice the amount of the criminally derived property, 3 years supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT - U.S**
▶ PETER C. SON

DISTRICT COURT NUMBER
**CR09-00755 DL**

FILED JUL 27 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI, IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   Stephen G. Corrigan
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Stephen G. Corrigan

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:



FILED
JUL 27 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR09-00755 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1956(h) - Conspiracy to Engage in Monetary Transactions with Proceeds of Conspiracy to Commit Wire Fraud |
| PETER C. SON, | ) |
| Defendant. | ) OAKLAND VENUE |

I N F O R M A T I O N

The United States Attorney charges:

**COUNT ONE**: (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

1. At all times material to the indictment,

   a. SNC Asset Management, Incorporated (SNC Asset) was incorporated in California in January 2003. SNC Investments, Inc. (SNC Investments) was incorporated in February 2003 in California. Both companies shared a principal place of business located at 3825 Hopyard Road, Suite 124, Pleasanton, California, and an office located at 40 Wall Street, 33th Floor, New York, New York.

   b. Defendant SON was part owner and Chief Executive Officer (CEO) of SNC Asset and SNC Investments.

INFORMATION

2. Beginning at a time unknown, but no later than in or about 2003 and continuing thereafter through October 2008, in the Northern District of California and elsewhere, the defendant

PETER C. SON,

did knowingly conspire with others to commit offenses against the United States, namely, wire fraud, in violation of Title 18, United States Code, Section 1343.

Overt Acts

3. In furtherance of the conspiracy and in order to achieve its objectives, the defendant and others committed the following overt acts, among others:

Between 2003 and October 2008, defendant SON and others fraudulently induced hundreds of individuals to invest more than $80,000,000 in SNC Assets and SNC Investments by making false material statements to these individuals, namely, that the businesses were highly successful in foreign exchange trading and that as a result, SNC customers would receive annual returns of their investments of 24 percent to 36 percent.

All in violation of Title 18, United States Code, Sections 1343.

**COUNT TWO**: (18 U.S.C. § 1956(h) - Conspiracy to Engage in Monetary Transactions with Proceeds of Conspiracy to Commit Wire fraud)

4. Beginning on or about December 12, 2004 and continuing to on or about September 22, 2008, the defendant

PETER C. SON,

did knowingly conspire with other persons to engage in monetary transactions in criminally derived property of a value greater than $10,000, said property being derived from a specified unlawful activity, namely, conspiracy to commit wire fraud as alleged in Count One, in violation of 18 U.S.C. 1956(h).

Overt Acts

5. In furtherance of the conspiracy and in order to achieve its objectives, the defendant committed the following overt acts, among others:

INFORMATION

2

      a. On or about December 6, 2004, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $20,000.

      b. On or about December 23, 2004, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $60,000.

      c. On or about December 29, 2004, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $21,500.

      d. On or about February 2, 2005, defendant SON withdrew $50,000 from the Bank of America SNC Asset Management Account.

      e. On or about March 21, 2005, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $170,000.

      f. On or about May 16, 2005, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $20,000.

      g. On or about August 30, 2005, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $50,000.

      h. On or about October 25, 2005, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $20,000.

      I. On or about March 2, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $20,000.

      j. On or about March 6, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $36,000.

      k. On or about August 6, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $30,837.31.

      l. On or about August 6, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $11,000.

      m. On or about September 19, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $30,000.

      n. On or about November 7, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $60,000.

INFORMATION

o. On or about November 21, 2007, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $35,000.

p. On or about August 6, 2008, defendant SON cashed a Bank of America SNC Asset Management account check in the amount of $30,837.31.

q. On or about August 8, 2008, defendant SON wire transferred $90,750 from the Bank of America SNC Asset Management account.

r. On or about August 25, 2008, defendant SON wire transferred $300,000 from the Bank of America SNC Asset Management account.

s. On or about September 3, 2008, defendant SON wire transferred $150,000 from the Bank of America SNC Asset Management account.

t. On or about September 15, 2008 defendant SON wire transferred $400,000 from the Bank of America SNC Asset Management account.

u. On or about September 22, 2008, defendant SON wire transferred $100,000 from the Bank of America SNC Asset Management account.

All in violation of Title 18, United States Code, Section 1956(h).

DATED: 7/24/09

JOSEPH P. RUSSONIELLO
United States Attorney

MAUREEN C. BESSETTE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA CORRIGAN

INFORMATION
4