AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

United States of America )
v. )
_Peter Son_ ) Case No.
_____ ) CR-09-00755
*Defendant* ) DLJ
)

**FILED**

JUL 2 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/27/09

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Shawn H. Fenlon
*Printed name of defendant's attorney*

Wayne D. Brazil 7-27-09
*Judge's signature*

Wayne D. Brazil, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*