John H. Feiner (CA Bar No. 089201)
The Law Offices of John H. Feiner
One Park Plaza
Suite 600
Irvine, CA 92614
Tel.:  (949) 852-7345
Fax:  (949) 852-7346
E-Mail:  jhfeiner@aol.com

Attorney for Defendant
Peter Son

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09-00755 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| PETER SON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

   Plaintiff United States of America, by and through its attorney of record Assistant United States Attorney Stephen G. Corrigan, and Defendant Peter Son, by and through his attorney of record John Feiner, hereby stipulate and agree that the status conference in this matter be continued from September 4, 2009, to September 11, 2009, at 9:00 a.m.

   The parties so stipulate because defense counsel Feiner has been ordered to appear in federal court in Indianapolis, Indiana, for the disposition of a multi-defendant case, which matter cannot be continued.

   The parties agree that time from September 4, 2009, to September 11, 2009, should be excluded pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (b)(iv) on the ground that the interests of justice in granting the continuance  outweigh the interests of the public and Defendant in a speedy

1  trial.

2      IT IS SO STIPULATED:

3

4  Dated:  September 1, 2009                    By:_____/s/_____

5                                                     STEPHEN G. CORRIGAN

6                                                Attorney for Plaintiff
                                           United States of America

7

8  Dated:  September 1, 2009                    By:_____/s/_____
                                                JOHN H. FEINER

9

10                                            Attorney for Defendant
                                            Peter Son

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28