John H. Feiner (CA Bar No. 089201)
The Law Offices of John H. Feiner
One Park Plaza
Suite 600
Irvine, CA 92614
Tel.: (949) 852-7345
Fax: (949) 852-7346
E-Mail: jhfeiner@aol.com

Attorney for Defendant
Peter Son

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09-00755 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | AND ORDER |
| | ) | |
| PETER SON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through its attorney of record Assistant United

States Attorney Stephen G. Corrigan, and Defendant Peter Son, by and through his attorney of

record John Feiner, hereby stipulate and agree that the status conference in this matter be continued

from September 4, 2009, to September 11, 2009, at ~~9:00 a.m.~~ 1:00 p.m.

The parties so stipulate because defense counsel Feiner has been ordered to appear in federal

court in Indianapolis, Indiana, for the disposition of a multi-defendant case, which matter cannot be

continued.

The parties agree that time from September 4, 2009, to September 11, 2009, should be

excluded pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (b)(iv) on the ground that the interests of

justice in granting the continuance  outweigh the interests of the public and Defendant in a speedy

trial.

IT IS SO STIPULATED:


Dated:  September 1, 2009                    By:_____/s/_____

STEPHEN G. CORRIGAN

Attorney for Plaintiff
United States of America

Dated:  September 1, 2009                    By:_____/s/_____

JOHN H. FEINER

Attorney for Defendant
Peter Son

IT IS SO ORDERED
    Date:  **9/2/09**

D. Lowell Jensen
United States District Court