1pm YC
E-FILING CASE

1:10 – 1:12 pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: 9/11/09

Case No: CR-09-00755-DLJ        Judge: D. Lowell Jensen
Reporter: STARR WILSON           Clerk: Frances Stone

FILED
SEP 11 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Defendant(s):                                                Defense Counsel:

PETER SON      Present? Y   In Custody? Y    JOHN H. FEINER

US Attorney: STEPHEN CORRIGAN
Interpreter:
US Probation Officer:

Reason for Hearing: SETTING/STAT

Ruling: — HELD

Notes:

Case continued to: 10/30/09 AT 9:00am" for STAT
Case continued to: _____ for _____
Case continued to: _____ for _____
  Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial
Excludable Delay: Category: __ Begins: 9/11/09 Ends: 10/30/09