1  John H. Feiner (CA Bar No. 089201)
   The Law Offices of John H. Feiner
2  One Park Plaza
3  Suite 600
   Irvine, CA 92614
4  Tel.: (949) 852-7345
   Fax: (949) 852-7346
5  E-Mail: jhfeiner@aol.com
6
   Attorney for Defendant
7  Peter Son
8
9                  UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| UNITED STATES OF AMERICA, | ) | Case No. CR 09-00755 (DLJ) |
|---|---|---|
| Plaintiff, | ) | ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| PETER SON et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The court having considered Defendant Peter Son's Motion to Continue Status Conference, good cause appearing therefor, IT IS HEREBY ORDERED that the April 2, 2010, Status Conference is continued to April 9, 2010, at 1:30 p.m.

IT IS FURTHER ORDERED that the time from April 2, 2010, to April 9, 2010, is excluded pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (b)(iv) on the grounds that the interests of the justice in granting the continuance outweigh the interests of the public and Defendant in a speedy trial.

Dated: April 2, 2010.                   By: _____
                                            D. LOWELL JENSEN
                                            DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING STATUS CONFERENCE                              1