JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612450
   Telephone: (510) 637-3701
   Facsimile: (510) 637-3724
   stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>  v. )<br>PETER SON, )<br>      Defendant. )<br>_____ ) | No.  CR 09-00755 DLJ<br><br>STIPULATION TO CONTINUE SENTENCING; **ORDER** |

     The parties, United States of America and Defendant Peter Son, through counsel of record, with the knowledge and consent of Probation Officer Karen Mar, stipulate and agree to continue the sentencing, presently set for June 25, 2010 at 10:00 a.m., to July 30, 2010 at 10:00 a.m. to allow the United States Probation Department sufficient time to

//

//


No.  CR 09-00755 DLJ
STIPULATION TO CONTINUE SENTENCING

interview the defendant and prepare the presentence report.

SO STIPULATED

DATED: June 2, 2010

/s/
_____
JOHN H. FEINER
Attorney for Defendant

DATED: June 2, 2010

/s/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

SO ORDERED.

DATED: June 3, 2010

_____
D. LOWELL JENSEN
Senior United States District Judge

No. CR 09-00755 DLJ
STIPULATION TO CONTINUE SENTENCING

2