|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. CR-09-0755-DLJ |
| | ) | |
| PETER SON, | ) | |
| | ) | **ORDER RE: RESTITUTION** |
| Defendant. | ) | |
| _____ | ) | |

On April 9, 2010, defendant Peter Son entered a plea of guilty to Counts One and Two of the Information, Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §1349, and Conspiracy to Engage in Monetary Transactions with Proceeds of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §1956(h). On July 30, 2010 this Court sentenced defendant to be committed to the custody of the Bureau of Prisons for a term of 180 months; 3 years of supervised release; and $100 special assessment. At the sentencing, the Court also ordered the defendant to pay restitution, an element of the plea agreement already agreed to by the parties.

At a hearing on October 15, 2010, the Court reviewed information provided to it by the government regarding restitution. The government explained at the hearing that the restitution amount which the Court ordered at the conclusion of the hearing might need to be modified by new information which the government was in the process of reviewing.

The Court ordered the parties to continue to work together to ascertain the correct amount, and set a final hearing date on the

issue of restitution for November 19, 2010. The government was to submit information on restitution to the Court by November 12, 2010.

The government has continued to work diligently toward meeting this goal, but has advised the Court by letter of November 10, 2010 that due to the complexity of the financial transactions, the government will need a short period of additional time to complete its analysis. The government has requested a deadline no earlier than December 3, 2010 to file a final submission regarding restitution.

Finding good cause for the extension of time, the Court therefore vacates the November 12, 2010 submission deadline and the November 19, 2010 hearing date. The new deadline for submission will be December 10, 2010 and the hearing shall be continued until December 17, 2010 at 11:00 a.m.


IT IS SO ORDERED


Dated: November 12, 2010 _____

D. Lowell Jensen
United States District Judge