1  MELINDA HAAG (CASBN 132612)
   United States Attorney
2
   MIRANDA B. KANE (CASBN 150630)
3  Chief, Criminal Division

4  STEPHEN G. CORRIGAN (MASBN 100560)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, California 94612450
     Telephone: (510) 637-3701
7    Facsimile: (510) 637-3724
     stephen.corrigan@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-0755 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | DECEMBER 17, 2010 RESTITUTION |
| | ) | HEARING AND ORDER |
| PETER SON, | ) | |
| Defendant. | ) | |

The parties, defendant Peter Son and plaintiff United States of America, through counsel of record, stipulate and agree to continue the restitution hearing from December 17, 2010 at 11:00 a.m. until January 28, 2011 at 11:00 a.m, with a continuance to January 14, 2011 for the submission to the Court of a list of victims and their loss totals. The parties request these continuances to allow sufficient time to consider all relevant

//

//

CR 09-0755 DLJ
STIPULATION TO CONTINUE AND PROPOSED ORDER

documents to establish accurate loss amounts.

SO STIPULATED

DATED: December 16, 2010

/s/
JOHN H. FEINER
Attorney for Defendant

DATED:  December 17, 2010

MELINDA HAAG
United States Attorney

/s/
STEPHEN G. CORRIGAN
Assistant United States Attorney

SO ORDERED.

DATED: December 17,  2010

D. LOWELL JENSEN
United State District Judge

//

//

CR 09-0755 DLJ
STIPULATION TO CONTINUE AND PROPOSED ORDER

2