MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: stephen.corrigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-00755 DLJ |
|    Plaintiff, ) | |
|    v. ) | STIPULATED REQUEST TO AMEND RESTITUTION ORDER AND **ORDER** |
| PETER SON, ) | |
|    Defendant. ) | |

     The United States, by its undersigned counsel, and defendant Peter Son, by his undersigned counsel, agree and stipulate as follows:

     1. On July 30, 2010, this Court sentenced defendant Peter Son to 180 months imprisonment, three years supervised release, restitution in an amount to be determined, and a $200 special assessment. The Court's sentence is documented in the Judgment filed on August 6, 2010. CR 28.

     2. On February 24, 2011, this Court filed an amended Judgment which included an order of restitution in the amount of $59,445,522.67. CR 41. The victims were listed on an attachment sealed by order of the Court. CR 40.

STIPULATED REQUEST TO AMEND
RESTITUTION ORDER AND [PROPOSED] ORDER
CR 09-00755 DLJ

1    3. Following the notification to the victims of the restitution order, the United States
2 learned that four victims had sustained documented losses in amounts greater than the amounts
3 identified in the restitution order, and three victims and their documented losses were not
4 included in the restitution order.
5    4. The United States produced the documentary evidence of the additional losses
6 sustained by the seven victims totaling $857,363.92 to counsel for the defendant.
7    5. Pursuant to Title 18, United States Code, Section 3664(d)(5), the parties hereby agree
8 and stipulate that there is good cause to amend the Judgment to order defendant Peter Son to pay
9 restitution in the amount of $60,302,886.59.
10    6. The names of the seven victims and their loss amounts are included in an attachment
11 to be filed under seal.

**IT IS SO STIPULATED.**

Respectfully submitted,

MELINDA HAAG
United States Attorney

DATED: October 11, 2011                              /s/
                                          STEPHEN G. CORRIGAN
                                          Assistant United States Attorney


DATED: October 11, 2011                              /s/
                                          JOHN H. FEINER
                                          Attorney for defendant Peter Son

STIPULATED REQUEST TO AMEND
RESTITUTION ORDER AND [PROPOSED] ORDER
CR 09-00755 DLJ                                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PETER SON,<br><br>　　　Defendant. | No. CR 09-0755 DLJ<br><br>**ORDER** GRANTING STIPULATED REQUEST TO AMEND RESTITUTION ORDER |

　　　Pursuant to the parties' stipulated agreement, and Title 18, United States Code, Section 3664(d)(5),

　　　IT IS ORDERED that the Judgment in the above-entitled case shall be amended to order defendant Peter Son to pay restitution in the amount of $60,544,113.00, payable to the victims previously identified in a document filed under seal, with the amendments reflected in the attached document to be filed under seal.

DATED: October 14, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　　　United States Senior District Court Judge

STIPULATED REQUEST TO AMEND
RESTITUTION ORDER AND [PROPOSED] ORDER
CR 09-00755 DLJ                                             3